IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SHARRON SELLICK**, *Plaintiff*, v. **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.**, *Defendants*. | No. 15-cv-9082 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the enclosed Memorandum of Law in Support of Legal Momentum's Motion to Assert a Charging Lien under N.Y. Judiciary Law § 475 for attorneys' fees, dated June 20, 2016, and the accompanying exhibits. Legal Momentum will move this Court to enforce a charging lien against any settlement proceeds that result from the above action.

The motion will be heard by the United States District Court for the Southern District of New York on a date and at a time designated by the Court at the United States District Court, Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, or as soon thereafter as counsel can be heard.

Dated:   New York, New York
         June 20, 2016

                                             s/
                              PENNY M. VENETIS
                              O. ILIANA KONIDARIS
                              Legal Momentum
                              5 Hanover Square, Suite 1502
                              New York, New York 10004
                              Telephone: (212) 925-6635