Exhibit 3

<u>Sellick v. Consolidated Edison Company of NY, Inc. No. 15-cv-9082 (RJS)</u>
Legal Momentum's Attorneys' Fees

| **Lawyer** | **Rate** | **Hours** | **Total** |
|---|---|---|---|
| Gillian Thomas | $550 | 209.25 | $115, 087.50 |
| Michelle Caiola | $625 | 99.00 | $61,875.00 |
| C Brandt-Young | $400 | 74.36 | $29,744.00 |
| Jelena Kolic | $300 | 12.71 | $3,813.00 |
| Penny Venetis | $650 | 17.25 | $11,212.50 |
| **Grand total** | | **412.50** | **$221,731.5** |