EXHIBIT 4

Sellick Fees 2007–2010

LEGAL MOMENTUM
*SELLICK v CON EDISON*

| Case | Attorney LastName | Attorney FirstName | Title | Date | Time | Notes |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 6/25/2007 | 0:15 | CW JB re: retainer and case status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 6/27/2007 | 0:15 | CW intern re: research on damages |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 6/28/2007 | 1:00 | Review/revise memo; IC with JB re: same; Telephone call with client re: same; revise retainer. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 6/29/2007 | 0:45 | Telephone call with client re: job offer. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/3/2007 | 1:00 | Telephone call with client re: job offer; Telephone call with client re: status; correspondence with witnesses; begin drafting charge. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/5/2007 | 3:30 | Draft EEOC charge; correspondence to/from client re: same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/6/2007 | 0:15 | Correspondence from client. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/9/2007 | 1:00 | Witness interview. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/10/2007 | 0:15 | Correspondence to/from client re: status and meeting. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/11/2007 | 3:00 | Revise EEOC charge. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/11/2007 | 1:00 | edit EEOC changes |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/12/2007 | 4:00 | Review JB edits and revise EEOC charge per same; meet with client re: EEOC charge. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/13/2007 | 0:30 | Correspondence to/from client re: status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/20/2007 | 1:00 | Correspondence to/from client re: witnesses and status; witness interview. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/23/2007 | 0:15 | Corresp. with client re: status and witness interviews. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/10/2007 | 0:15 | Telephone call with witness; correspondence with client. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/13/2007 | 0:15 | Correspondence to/from client re: status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/15/2007 | 0:30 | Telephone call with client re: status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/16/2007 | 2:30 | Revise EEOC charge; CW JB re same; revise same per JB. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/16/2007 | 0:15 | review clinet affidavit |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/17/2007 | 1:45 | CW client re charge; prepare same for filing. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/5/2007 | 0:15 | Telephone call with client re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/13/2007 | 1:15 | Draft press release |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/18/2007 | 1:15 | Prepare to file EEOC charge; Telephone call with reporter re same; telephone call with client re same; Internal correspondence re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/19/2007 | 2:00 | Telephone call with reporter and client; file charge with EEOC |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/20/2007 | 1:45 | Telephone call with client; finalize press release; |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/21/2007 | 3:00 | Telephone calls with client; draft letter to Con Ed re retaliation; correspondence with client re same |

Sellick Fees 2007-2010

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/24/2007 | 0:15 | correspondence with client |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/25/2007 | 0:15 | Correspondence with client |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/27/2007 | 0:30 | Review client correspondence |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 10/10/2007 | 0:30 | Telephone call with client re status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 10/11/2007 | 0:45 | Correspondence with client; conference with BG-W re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 10/12/2007 | 4:15 | Potential client interviews; correspondence from/to client |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 10/15/2007 | 1:45 | Telephone call with client; witness interviews. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 10/18/2007 | 0:30 | Correspondence to/from client |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 11/6/2007 | 0:30 | Telephone call with client re status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 11/9/2007 | 2:30 | Correspondence with potential co-counsel; memos to same; correspondence with client re status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 11/10/2007 | 0:15 | correspondence with client |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 11/14/2007 | 5:00 | Research re Con Ed; correspondence with co-counsel; Telephone call with AG's office; memo to JB re same; meet with client re amended charge |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 11/15/2007 | 4:30 | Finalize amended charge for filing; memos to co-counsel re case background; correspondence with client and witnesses re ombudsman meeting; preparation for meeting with co-counsel |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 11/18/2007 | 1:15 | Memo to co-counsel re witness follow-up; memo to BG-W and JB re same; memo to client re same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 11/28/2007 | 4:00 | Research re Dolores Williams case; correspondence with co counsel re same and witness interviews; correspondence with client re ombudsman meeting; Telephone call with AG's office re status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 11/29/2007 | 3:45 | correspondence with AG's office; prepare for 11/30 ombudsman meeting; correspondence with client re same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 11/30/2007 | 5:00 | Distribute flyer at Con Ed ombudsman meeting; correspondence to co-counsel re same; Telephone call with client re same; follow-up memo to client. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 12/3/2007 | 3:00 | Correspondence from co-counsel; conference with JB re same; correspondence with client re documents and re amended charge; Telephone call with witness; review client's documents; review additional client intakes; correspondence with BG-W re same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 1/8/2008 | 0:30 | Review correspondence from witness; correspond with co-counsel re same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 1/11/2008 | 3:30 | Review witness statement; Telephone call with EEOC re same; correspondence to EEOC re same; correspondence with co-counsel re same and status; telephone call with client re status; telephone call with witness. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 1/22/2008 | 0:30 | Telephone call with co-counsel |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/4/2008 | 0:30 | Review Con Ed position statement |

Sellick Fees 2007-2010

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/5/2008 | 3:15 | Telephone call with witness; memo re same to co-counsel; memo to co-counsel re follow-up interviews; review documents per same; correspondence to/from client. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/6/2008 | 0:45 | Correspondence to/from EEOC re extension for rebuttal; correspondence with client re: same; correspondence with co-counsel re: status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/7/2008 | 0:30 | Correspondence with co-counsel re witnesses |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/8/2008 | 1:15 | Telephone call with client; telephone call with witness; correspondence with co-counsel re same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/13/2008 | 0:30 | Correspondence from client re rebuttal; Telephone call with co-counsel re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/14/2008 | 1:00 | Correspondence to/from co-counsel; review EEOC charge; Telephone call with client re rebuttal and status; correspondence to co-counsel re AG and strategy |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/15/2008 | 3:30 | Correspondence to/from co-counsel; telephone call with witness and memo re same; beging preparing rebuttal; correspondence to/from client re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/17/2008 | 3:30 | Rebuttal to Con Ed position statement; correspond with client re same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/18/2008 | 3:30 | Rebuttal to Con Ed position statement. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/19/2008 | 6:30 | Rebuttal to Con Ed position statement; correspond with client re same; prepare exhibits re rebuttal. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/20/2008 | 9:00 | Draft rebuttal; correspondence with client re same; telephone calls with witnesses; correspondence with co-counsel re same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/21/2008 | 11:45 | Rebuttal to Con Ed position statement |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/22/2008 | 8:00 | Rebuttal to Con Ed |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 3/11/2008 | 4:15 | Meet with co-counsel re status and next steps; follow up correspondenc re same; meet with JB re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 3/17/2008 | 3:00 | Conference with JB re letter to Con Ed; Telephone call with co-counsel re same; Telephone call with EEOC re same; Telephone call with co-counsel re: same; memo to co-counsel re: same; Telephone call with client re status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 3/27/2008 | 0:30 | Correspondence with AG's office and co-counsel re status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 4/21/2008 | 2:15 | Correspondence with co-counsel re status; telephone calls with witnesses; draft correspondence to AG's office re additional witnesses. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 4/29/2008 | 1:00 | Review Rosetta Davis documents; correspondence with co-counsel re: same; Telephone call with AG's office re: investigation |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 4/30/2008 | 1:45 | Review tolling agreement and revisions; conference call with co-counsel; correspondence from same; correspondence with client re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 5/1/2008 | 1:00 | Review co-counsel correspondence re: tolling agreement; correspondence to client re same; correspondence with co-counsel re: potential new clients; correspondence to client re: status |

Sellick Fees 2007-2010

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 5/7/2008 | 0:30 | Telephone call with co-counsel re: transfer of additional charge |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 5/13/2008 | 2:45 | Telephone call with co-counsel re transfer of case; telephone call with EEOC re same; memo to co-counsel re same and re status; correspondence with client re same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 5/14/2008 | 0:45 | Telephone call with client re status; correspondence with co-counsel re status; file review |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 5/15/2008 | 1:30 | Review new tolling agreement; discuss with JB; propose revisions to same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 5/20/2008 | 0:30 | Tolling agreement |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 5/30/2008 | 1:30 | Correspondence to/from co-counsel re tolling agreement; review and revise same; correspondence with JB re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 6/17/2008 | 0:30 | Tolling agreement |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/3/2008 | 1:45 | Finalize tolling agreement; memo re same; witness interview; correspondence with co-counsel and AG |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/9/2008 | 0:45 | Correspondence with co-counsel re tolling agreement and meeting dates; Telephone call with client re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/11/2008 | 0:15 | Correspondence with co-counsel; correspondence to client re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/15/2008 | 0:15 | Correspondence re scheduling team meeting |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/21/2008 | 0:15 | correspondence to/from co-counsel re Preparation for meeting |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/23/2008 | 5:00 | Prepare for Con Ed meeting; meet with JB re same; attend same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/24/2008 | 0:45 | Telephone call with AG and EEOC re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/25/2008 | 0:15 | Correspondence with co-counsel re witness |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/31/2008 | 2:15 | Prepare for Con Ed meeting; correspondence with co-counsel re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/1/2008 | 8:00 | Prepare for Con Ed meeting; attend same; conference with JB re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/4/2008 | 0:15 | Correspondence to client re status. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/8/2008 | 0:30 | Telephone call with client re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/12/2008 | 0:45 | Telephone call with client re status; memo to co-counsel re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/13/2008 | 0:30 | Telephone call with client; memo to co-counsel re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/14/2008 | 0:15 | Correspondence with co-counsel re communication with client |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/15/2008 | 1:30 | Correspondence with co-counsel and opposing counsel re status; Telephone call with client re same; memo to client re same; correspondence with EEOC re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/18/2008 | 0:15 | Correspondence with co-counsel re client |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/20/2008 | 0:45 | correspondence with co-counsel re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 8/27/2008 | 0:30 | Review materials from client; correspondence to co-counsel re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/4/2008 | 0:45 | Telephone call with EEOC re status; memo to co-counsel re same; correspondence with potential co-counsel |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/9/2008 | 3:30 | Prepare for and attend meeting with co-counsel |

Sellick Fees 2007-2010

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 9/19/2008 | 0:15 | Telephone call from/to client; correspondence with co-counsel |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 1/5/2009 | 0:30 | Memo to co-counsel re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 1/6/2009 | 1:00 | Telephone call with EEOC re status; memo to client re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 1/8/2009 | 0:45 | Telephone call with witness; correspondence with colleagues re meeting and status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 1/9/2009 | 2:00 | correspodence with AG's office; correspondence with co-counsel; Telephone call with client re status; memo to client re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 1/29/2009 | 2:00 | correspondence with co-counsel re status; Telephone call with AG's office; Telephone call with NYSDHR; memo to IG re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 1/30/2009 | 1:15 | Telephone call with team re status; follow up re same; correspondence with NELA member re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 1/30/2009 | 0:45 | Telephone call with co-counsel re status; memo re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/2/2009 | 1:15 | Telephone call with ag's office; follow-up re same; follow-up with client re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/10/2009 | 0:30 | Telephone call with EEOC re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/12/2009 | 0:30 | Prepare materials for sending to Con Ed |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 2/19/2009 | 0:30 | Telephone call with client re status; correpondence with Susan Ritz re EEOC charge. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 3/11/2009 | 0:15 | Telephone call with co-counsel re EEOC charge; Telephone call to EEOC re same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 3/17/2009 | 1:15 | Telephone call with client re status; Telephone call with EEOC re status; correspondence with co-counsel re same; Telephone call with colleague re same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 3/18/2009 | 0:30 | Telephone call with client re status; correspondence to colleague re EEOC investigation |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 3/26/2009 | 1:30 | Review new docs from client; prepare info re witnesses |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 3/30/2009 | 0:15 | Correspondence from client re Con Ed |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 4/2/2009 | 0:30 | Correspondence with client and co-counsel re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 4/3/2009 | 0:30 | correspondence with co-counsel re status; Telephone call with client |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 4/7/2009 | 0:15 | Correspondence from/to client |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 4/22/2009 | 0:30 | Draft correspondence to EEOC investigator; correspondence with client re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 4/28/2009 | 0:15 | Correspondence with co-counsel re EEOC meeting; correspndence with EEOC re same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 4/30/2009 | 0:45 | Correspondence from/to client; correspondence with AG's office and co-counsel |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 5/4/2009 | 0:30 | conference with AG's office re status |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 5/11/2009 | 2:15 | Preparation for Con Ed meeting at EEOC; attend same |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 5/15/2009 | 0:30 | Telephone call with client |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 6/10/2009 | 1:30 | Compile materials for EEOC; memo to co-counsel re same. |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 6/12/2009 | 0:15 | Correspondence with client re meeting with Con Ed women |

Sellick Fees 2007-2010

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/16/2009 | 1:00 | Correspondence to/from client re status and transition |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/20/2009 | 1:15 | Prepare witness info |
| Sellick v. Consolidated Edison | Thomas | Gillian | Senior Counsel | 7/24/2009 | 4:00 | Meet with client and co-counsel re status and transition; meet with client re same; follow-up re same; Telephone call with AG's office re status. |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 8/19/2009 | 2:00 | Document and case file review |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 8/26/2009 | 2:00 | Discuss representation with Sellick and Emery Celli; draft contract |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 9/16/2009 | 2:00 | Review, selection, copy of file for new co-counsel |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 9/29/2009 | 1:00 | Discussion, revision of co-counsel contract |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 10/14/2009 | 1:00 | Discussion, revision of co-counsel contract |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 11/30/2009 | 2:30 | New document review and charges; t/c with private attorneys; analysis |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 12/1/2009 | 1:30 | Emails with EEOC, pvt attys, strategy session |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 1/4/2010 | 0:30 | Email pvt attorneys re filing suit, EEOC investigation; multiple |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 1/11/2010 | 1:00 | Email re: and review of July mailing to EEOC; update Sellick |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 1/12/2010 | 0:15 | Sellick/update |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 1/12/2010 | 0:15 | t/c Sellick/update |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 1/30/2010 | 2:45 | Revisions, review, Defoe conciliation; union, signatures, t/c eeoc investigator; t/c Lorna |
| | | | | | 226 HOURS | |

Sellick Fees 2011-2015

**LEGAL MOMENTUM**
**SELLICK v CON EDISON**

| Case | AttorneyL Name | AttorneyF Name | Title | Date | Time | Notes |
|------|------|------|------|------|------|------|
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 4/25/11 | 3.50 | Arrangements, consideration, phone calls re mediation of con ed |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 4/25/11 | 0.50 | Provide info to EEOC about previous witness |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 5/9/11 | 1.50 | Con Ed: questions from Ranis (eeoc atty) - speaking with CP |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 5/17/11 | 0.50 | Con Edison: EEOC supervisor phone conf |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 5/24/11 | 0.50 | Con Ed - calls, emails |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 5/26/11 | 2.00 | Con Edison: Sharron Sellick calls, EEOC supervisor calls, emailing with co -counsel |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 5/31/11 | 2.00 | Con Edison conference calls with all c-counsel, follow up with clients and EEOC |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 7/5/11 | 1.00 | Con Ed: Addressing AG update and plan for moving forward with co-counselors. |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 7/11/11 | 1.00 | prep for AG call |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 7/12/11 | 1.25 | Met with EEOC attorney to discuss hold up |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 7/13/11 | 1.25 | Conference call with AG |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 7/25/11 | 2.00 | Interview potential new CP, speak to Sharron Sellick and Co-counsel Wang re same |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 7/26/11 | 1.25 | conf with Sellick, potential new cp (myrna) |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 8/23/11 | 0.25 | t/c EEOC supervisor re Con Ed determination |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 9/12/11 | 0.50 | client - return calls |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 9/19/11 | 1.50 | review of charges, etc |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 9/20/11 | 2.00 | email, arrange call, phone conf between attys re updates, speak to EEOC atty |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 10/12/11 | 1.00 | Speak with EEOC supervisor and then pass on info... |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 10/18/11 | 1.00 | update/status report EEOC and pvt attys |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 11/8/11 | 2.00 | cause finding communications |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 11/14/11 | 1.50 | Review of determinatin, research, Raechel |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 11/15/11 | 1.50 | Conf call attys, files, scanning, sharron, etc. for damages/conciliation |

Sellick Fees 2011-2015

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 12/10/11 | 6.50 | damages calc - client conf |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 1/24/12 | 1.00 | Mtg co-counsel, eeoc |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 5/7/12 | 1.00 | t/c EEOC (Ranis) and other communications w group |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 5/24/12 | 1.00 | t/c private attorneys, EEOC contact |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 6/29/12 | 1.50 | t/c NY AG office, co counsel, emails, etc |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 7/3/12 | 2.00 | t/c re AG, Call with Sharron, talk with Silda, emails, etc. |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 7/10/12 | 8.00 | con Ed conciliation, prep and meeting w/ CPs |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 7/24/12 | 3.50 | meet with AG, prep, etc |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 10/10/12 | 1.00 | Con Ed conf call with attorneys on conciliaton response |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 10/15/12 | 6.00 | consent decree terms injuncitve |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 10/16/12 | 5.00 | injunctive drafting and research |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 10/17/12 | 6.00 | Injunctive drafting and t/c with Sharron |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 10/19/12 | 4.00 | injunctive draft, sellick damages |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 10/25/12 | 2.00 | reasearch bathrooms, facilities, damages, etc |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 11/13/12 | 3.50 | Damages calculation |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 11/21/12 | 2.00 | co counsel call regarding AG action, research on intervention, etc |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 11/27/12 | 3.00 | conciliation reply |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 3/27/13 | 3.00 | T/C with AG, T/C with co-counsel, revison of injunctive relief for AG |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 8/26/13 | 2.00 | T/C with AG's office regarding new incidents and updated affidavit with Sharron Sellick. |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 3/5/14 | 1.00 | t/c with attorneys re next steps, and update from AG |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 3/6/14 | 0.50 | Speak with RA at EEOC |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 3/13/14 | 0.75 | co counsel atty call |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 3/14/14 | 0.75 | update sharron |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 3/27/14 | 1.50 | Meet with EEOC attorney and then T/C private attorneys |
| Sellick v. Consolidated Edison | Caiola | Michelle | Senior Counsel | 4/29/14 | 2.00 | emails, meet with EEOC |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 5/16/14 | 3.00 | prepare for, attend settlement conference with AG, EEOC |

Sellick Fees 2011–2015

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 5/18/14 | 0.08 | E-mails with MMW and SS re: phone call re: AG/EEOC meeting |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 5/19/14 | 1.47 | phone call with client and Mariann Wang re Friday's conference |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 5/21/14 | 0.08 | emails re phone call with EEOC on Thursday |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 5/22/14 | 0.83 | phone call with all counsel, AG, EEOC; review and edit bullet points for same; email client re same |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 6/12/14 | 0.42 | phone call, emails with Sharron, Mariann re new damages numbers |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 6/16/14 | 0.68 | phone call with Mariann and Susan re: next offer |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 6/17/14 | 0.63 | review S. Ritz changes to injunctive relief response, review emails, all-counsel call with EEOC & AG |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 6/20/14 | 1.33 | cal with Mariann; call with AG/EEOC/all counsel |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 6/23/14 | 2.47 | count up attorney hours, look at settlement #'s, conference call with all plaintiff's counsel to discuss monetary settlement |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 6/24/14 | 0.40 | emails re attorney rates; call Ariela Migdal, read/edit financial settlement letter drafts |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 6/30/14 | 1.13 | phone call with all plaintiffs' counsel, AG, EEOC re monetary damages; phone call with all plaintiffs' counsel |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 7/9/14 | 0.38 | phone call with client and MW re damages |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 7/10/14 | 0.03 | read emails, schedule meeting |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 7/25/14 | 0.08 | phone call with Mariann Wang |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 8/6/14 | 1.42 | phone call with EEOC, AG, Susan, Michael; email Mariann, review docs |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 8/7/14 | 0.12 | emails to set up call tomorrow with PL's attys |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 8/8/14 | 0.40 | all-plaintiff phone call; email CL & Mariann |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 8/12/14 | 3.13 | review damages documents in file; phone call with client and MW; email client and MW |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 8/18/14 | 0.33 | email counsel; draft HIPAA releases for client and email them to her |

Sellick Fees 2011-2015

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 8/20/14 | 0.08 | emails to plaintiffs' counsel |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 8/21/14 | 0.08 | email client re releases, counsel re meeting |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 8/25/14 | 0.50 | emails and phone call with plaintiffs' attorneys |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 8/26/14 | 1.75 | prep for/phone call with plaintiffs' attorneys, EEOC, AG; call client; email with attorneys, BW |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 9/9/14 | 0.07 | conversation with BW re medical records |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 9/19/14 | 0.65 | review mediation guidelines, call with plaintiffs' counsel |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 9/23/14 | 0.63 | call client re mediation proposal; email MW |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 9/26/14 | 0.67 | conference call with plaintiffs' counsel re mediation agreement |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 9/29/14 | 0.05 | review emails |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 10/18/14 | 0.40 | phone call with client |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 10/22/14 | 0.50 | phone call with all plaintiffs' counsel re mediation |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 10/24/14 | 0.72 | phone call with CL, Mariann |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 10/27/14 | 0.22 | read email, call MW |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 10/29/14 | 0.07 | phone message to client |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 11/3/14 | 0.57 | call CL, email MW |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 11/7/14 | 1.40 | phone call with Mariann and Sharron; draft emails afterward |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 11/10/14 | 0.08 | emails |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 11/14/14 | 0.67 | all-plaintiff phone call re mediator |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 12/1/14 | 0.58 | call with plaintiffs' counsel re mediator |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 12/4/14 | 0.25 | call client, email MW |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 12/5/14 | 0.43 | read/respond to emails |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 12/8/14 | 0.10 | emails |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 12/15/14 | 0.08 | email client re mediation dates |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 1/14/15 | 0.25 | emails re mediation dates and damages |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 1/22/15 | 1.28 | call/email MW; all-plaintiff's-counsel call re mediation |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 1/26/15 | 0.66 | conference with PV re mediation |

Sellick Fees 2011-2015

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 1/28/15 | 0.30 | conference with PV re mediation docs |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/5/15 | 0.10 | emails, review mediation contract |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/6/15 | 1.10 | prep for/call with Michael Young and plaintiffs' counsel |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/9/15 | 0.10 | read emails |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/10/15 | 3.30 | prep for/travel to/attend meeting with all plaintiffs |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/11/15 | 0.70 | emails re mediation calls; conference with PV re mediation |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/12/15 | 2.30 | mediation conference call with all parties; call with all CP's counsel; conference with PV |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/13/15 | 1.10 | call Susan Ritz, email/call PV re mediation confidentiality |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/17/15 | 4.40 | conference with PV; phone call with CL, PV, MW, AR; emails with CP counsel re confidentiality; review pre-mediation statement |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/18/15 | 1.10 | emails with all CP counsel and to Michael Young; phone calls with Alice Reiter |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/19/15 | 3.90 | email counsel, research EEOC settlement parameters, review medical records |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/20/15 | 1.00 | emails re mediation Monday; review MW's opening statement |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/22/15 | 2.30 | phone call with CL, MW, AR; email CL, PV; prepare for mediation |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/23/15 | 9.00 | first day of JAMS mediation |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/24/15 | 1.00 | review documents/emails to ConEd, run them by PV, email AR, call SS |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/25/15 | 1.70 | examine lost wage damages docs |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/26/15 | 0.61 | conference with PV; call MW; review spreadsheet on lost wages |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 2/27/15 | 8.50 | prepare for and attend Sellick mediation at JAMS |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 3/13/15 | 0.10 | phone call with Mariann; emails |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 3/16/15 | 0.20 | conference with PV; call Mariann |
| Sellick v. Consolidated Edison | Brandt-Young | Christina | Senior Counsel | 3/17/15 | 0.40 | call Mariann |

Sellick Fees 2011-2015

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 4/24/15 | 0.25 | Conversation with Alice Reiter to touch base before upcoming mediation. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 4/27/15 | 1.00 | Final look through relevant mediation docs before heading to mediation. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 4/27/15 | 8.00 | Mediation. Arrived before 11:30 as I was told that SS's case wouldn't come before then; waited for her case to come up until approximately 2:00 pm. Stayed in until 8 pm. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 5/26/15 | 0.08 | Email to Alice Reiter to request an update in re: records from SS's therapist. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 5/28/15 | 0.50 | Email back and forth with Alice and Mariann about next steps in Sellick; spoke to Penny about the co-counsel's intransigence; the meeting now scheduled for next Monday after some resistance on their end. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 6/1/15 | 0.33 | Call with Mariann Wang to talk about next steps in Sellick in light of our failed attempt to locate medical records for Sharron from the early 2000s. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 6/1/15 | 0.33 | Post-conference call with Penny to discuss next steps. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 7/10/15 | 0.16 | Review of Mariann's email in re: Sharron's/general litigation update regarding ConEd. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 7/13/15 | 0.25 | Conversation with Sharron about LM's willingness to file a lawsuit in her case. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 7/28/15 | 0.25 | Call with AG to check in about the status of various negotiations with ConEd. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 7/28/15 | 0.10 | Update to PV and CRR about the AG call. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 7/29/15 | 0.16 | Email to Mariann to check in about Penny contacting the AG. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 7/29/15 | 0.16 | Cuing in CRR and PV about Mariann's prior communications with the AG as per morning's legal dpt meeting. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 7/30/15 | 0.16 | Emails to Mariann clear Penny contacting the AG. |

Sellick Fees 2011-2015

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 8/13/15 | 0.33 | Email to PV in re: Mariann's proposal to give notice to ConEd. Outlined all salient factors and recommended a course of action. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 8/14/15 | 0.20 | 2 emails to PV to figure out course of action in re: giving notice to ConEd. Email to Mariann to confirm LM's position on this. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 8/17/15 | 0.10 | Emails to SS and co-counsel to coordinate a conference call for tomorrow in re: giving notice to ConEd. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 8/18/15 | 0.25 | Conference call with MW and SS to discuss giving notice to ConEd/next steps. |
| Sellick v. Consolidated Edison | Kolic | Jelena | Staff Attorney | 8/18/15 | 0.10 | Email to PV to let her know how the conference call went. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 1/26/15 | 0.41 | Sellick: Discussion re: mediation and litigation strategy - Discussing mediation agreement provisions, discuss settlement offers. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 1/28/15 | 0.50 | Review mediation agreement; conv w/ CBY |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/13/15 | 0.50 | review CB-Y emails and communications re: confidentiality |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/14/15 | 0.05 | review email Marian Wang re: conference |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/17/15 | 0.25 | Review eml from CBY re: conf call; discussion w/ CBY re: conf call |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/17/15 | 0.25 | Reviewed various emails b/w CBY and MW |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/17/15 | 1.00 | Review Sellick mediation stmt and model conciliation agrmt; discussion w/ CBY. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/17/15 | 0.50 | Reviewed various emails re:conference call that dayre: confidential mediation with all counsel involved in upcoming mediation. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/18/15 | 0.50 | Review various emails re: conf call that day re: confid and mediation |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/18/15 | 0.75 | Review Sellick mediation stmt. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/19/15 | 0.75 | Review emails re: other plaintiffs positions on confidentialityamong plaintiffs' group. Conversation with Christina Brandt-Young re: same |

Sellick Fees 2011-2015

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/20/15 | 1.00 | Review materials to mediator about terms and conditions of mediation. Discussion with Christina Brandt-Young re: same. Review lots of emails on topic. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/22/15 | 1.00 | Discussion with Christina Brandt-Young re: Legal Momentum's attorney's fees. Review documents including retainer and hours spent on case, etc. In prep for upcoming mediation. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 2/24/15 | 0.50 | rev. medical records |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 5/28/15 | 0.50 | Eml Mariann Wang re: co-counseling as mediation strategy. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 5/28/15 | 0.50 | Conference with Jelena Kolic re: co-counsel and mediation. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 6/1/15 | 0.50 | conference call with co-counsel |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 6/1/15 | 0.25 | discussion w/ MW re: mediation |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 6/2/15 | 0.25 | Email Marian Wang and Mediator. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 6/5/15 | 0.03 | review email Marian Wang re: next steps. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 7/29/15 | 0.50 | Review email re: AG's settlement with Con Ed.; Discussion with Jelena Kolic and Carol Robles-Roman re same. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 8/13/15 | 1.00 | eml Jelena Kolic and discussion re: litigation and filing in federal court. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 8/18/15 | 0.08 | Review emails re: Legal Momentum bowing out if case does not settle |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 8/24/15 | 0.50 | Review of Right to Sue materials. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 8/26/15 | 0.50 | Review executed Tolling Agreement |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 9/9/15 | 0.08 | Email with Marian Wang re: next mediation date |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 9/16/15 | 0.03 | Email with Marian Wang re: mediation |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 9/18/15 | 0.50 | multiple emails re: next mediation. Discussion of next steps and whether worth continuing with mediation. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 9/29/15 | 0.75 | Multiple emails re: strategy with AG's office about settlement. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 10/2/15 | 0.08 | AG's correspondence re: settlement. |

Sellick Fees 2011-2015

| | | | | | | |
|---|---|---|---|---|---|---|
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 10/3/15 | 0.25 | Setting up conference call with AG's office re: settlement. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 10/5/15 | 0.25 | Review correspondence |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 10/7/15 | 0.08 | Re: October 22, mediation |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 10/15/15 | 0.08 | Review email correspondence with mediator. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 10/16/15 | 0.50 | Review correspondence with mediator re: Con Ed's objections. Correspondence with Marian Wang re: the same. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 10/26/15 | 0.08 | Email with Mariann Wang re: mediator's position. |
| Sellick v. Con. Ed. | Venetis | Penny | Legal Director | 11/17/15 | 2.00 | Prepare separation letter to send to Sellick |

**TOTAL** <u>202.32</u>