EXHIBIT 6



U.S. Equal Employment Opportunity Commission

## Sex-Based Charges
### FY 1997 - FY 2015

The following chart represents the total number of charges filed and resolved under Title VII alleging sex-based discrimination.

The data are compiled by the Office of Research, Information and Planning from data compiled from EEOC's Charge Data System and, from FY 2004 forward, EEOC's Integrated Mission System.

| | FY 1997 | FY 1998 | FY 1999 | FY 2000 | FY 2001 | FY 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 | FY 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Receipts | 24,728 | 24,454 | 23,907 | 25,194 | 25,140 | 25,536 | 24,362 | 24,249 | 23,094 | 23,247 | 24,826 | 28,372 | 28,028 | 29,029 | 28,534 | 30,356 | 27,687 | 26,027 | 26,396 |
| Resolutions | 32,836 | 31,818 | 30,643 | 29,631 | 28,602 | 29,088 | 27,146 | 26,598 | 23,743 | 23,364 | 21,982 | 24,018 | 26,618 | 30,914 | 32,789 | 32,149 | 28,605 | 26,002 | 27,045 |
| Resolutions By Type | | | | | | | | | | | | | | | | | | | |
| Settlements | 1,355 | 1,460 | 1,988 | 2,644 | 2,404 | 2,720 | 2,877 | 3,008 | 2,601 | 2,828 | 2,900 | 2,842 | 2,748 | 3,138 | 3,200 | 3,073 | 2,696 | 2,342 | 2,458 |
| | 4.1% | 4.6% | 6.5% | 8.9% | 8.4% | 9.4% | 10.6% | 11.3% | 11.0% | 12.1% | 13.2% | 11.8% | 10.3% | 10.2% | 9.8% | 9.6% | 9.4% | 9.0% | 9.1% |
| Withdrawals w/Benefits | 1,205 | 1,148 | 1,269 | 1,332 | 1,321 | 1,304 | 1,329 | 1,347 | 1,418 | 1,460 | 1,443 | 1,646 | 1,701 | 1,774 | 1,780 | 1,768 | 1,708 | 1,672 | 1,773 |
| | 3.7% | 3.6% | 4.1% | 4.5% | 4.6% | 4.5% | 4.9% | 5.1% | 6.0% | 6.2% | 6.6% | 6.9% | 6.4% | 5.7% | 5.4% | 5.5% | 6.0% | 6.4% | 6.6% |
| Administrative Closures | 11,127 | 10,056 | 8,747 | 6,897 | 6,391 | 5,819 | 5,484 | 5,052 | 4,188 | 4,409 | 4,304 | 4,563 | 5,701 | 5,727 | 5,728 | 5,433 | 5,124 | 4,805 | 5,015 |
| | 33.9% | 31.6% | 28.5% | 23.3% | 22.3% | 20.0% | 20.2% | 19.0% | 17.6% | 18.9% | 19.6% | 19.0% | 21.4% | 18.5% | 17.5% | 16.9% | 17.9% | 18.5% | 18.5% |
| No Reasonable Cause | 17,832 | 17,493 | 16,689 | 15,980 | 15,654 | 16,752 | 15,506 | 15,481 | 13,853 | 13,191 | 12,036 | 13,670 | 15,139 | 18,709 | 20,660 | 20,454 | 17,936 | 16,280 | 16,790 |
| | 54.3% | 55.0% | 54.5% | 53.9% | 54.7% | 57.6% | 57.1% | 58.2% | 58.3% | 56.5% | 54.8% | 56.9% | 56.9% | 60.5% | 63.0% | 63.6% | 62.7% | 62.6% | 62.1% |
| Reasonable Cause | 1,317 | 1,661 | 1,950 | 2,778 | 2,832 | 2,493 | 1,950 | 1,710 | 1,683 | 1,476 | 1,299 | 1,297 | 1,329 | 1,566 | 1,421 | 1,421 | 1,141 | 903 | 1,009 |
| | 4.0% | 5.2% | 6.4% | 9.4% | 9.9% | 8.6% | 7.2% | 6.4% | 7.1% | 6.3% | 5.9% | 5.4% | 5.0% | 5.1% | 4.3% | 4.4% | 4.0% | 3.5% | 3.7% |
| Successful Conciliations | 332 | 454 | 535 | 707 | 739 | 686 | 520 | 491 | 454 | 437 | 439 | 382 | 407 | 475 | 510 | 500 | 459 | 351 | 373 |
| | 1.0% | 1.4% | 1.7% | 2.4% | 2.6% | 2.4% | 1.9% | 1.8% | 1.9% | 1.9% | 2.0% | 1.6% | 1.5% | 1.5% | 1.6% | 1.6% | 1.6% | 1.3% | 1.4% |
| Unsuccessful Conciliations | 985 | 1,207 | 1,415 | 2,071 | 2,093 | 1,807 | 1,430 | 1,219 | 1,229 | 1,039 | 860 | 915 | 922 | 1,091 | 911 | 921 | 682 | 552 | 636 |
| | 3.0% | 3.8% | 4.6% | 7.0% | 7.3% | 6.2% | 5.3% | 4.6% | 5.2% | 4.4% | 3.9% | 3.8% | 3.5% | 3.5% | 2.8% | 2.9% | 2.4% | 2.1% | 2.4% |
| Merit Resolutions | 3,877 | 4,269 | 5,207 | 6,754 | 6,557 | 6,517 | 6,156 | 6,065 | 5,702 | 5,764 | 5,642 | 5,785 | 5,778 | 6,478 | 6,401 | 6,262 | 5,545 | 4,917 | 5,240 |
| | 11.8% | 13.4% | 17.0% | 22.8% | 22.9% | 22.4% | 22.7% | 22.8% | 24.0% | 24.7% | 25.7% | 24.1% | 21.7% | 21.0% | 19.5% | 19.5% | 19.4% | 18.9% | 19.4% |
| Monetary Benefits (Millions)* | $72.5 | $58.7 | $81.7 | $109.0 | $94.4 | $94.7 | $98.4 | $100.8 | $91.3 | $99.1 | $135.4 | $109.3 | $121.5 | $129.3 | $145.7 | $138.7 | $126.8 | $106.5 | $130.9 |

\* Does not include monetary benefits obtained through litigation.

The total of individual percentages may not always sum to 100% due to rounding.

EEOC total workload includes charges carried over from previous fiscal years, new charge receipts and charges transferred to EEOC from Fair Employment Practice Agencies (FEPAs). Resolution of charges each year may therefore exceed receipts for that year because workload being resolved is drawn from a combination of pending, new receipts and FEPA transfer charges rather than from new charges only.

Definitions of Terms

Historical Data