EXHIBIT 8

# LEGAL momentum
## The Women's Legal Defense and Education Fund

Carol Robles-Román, *President and CEO*

BOARD OF DIRECTORS

Chair: G. Elaine Wood
*Alvarez & Marsal*

First Vice Chair: Laura A. Wilkinson
*Weil, Gotshal & Manges LLP*

Vice Chair: Deborah L. Rhode
*Stanford Law School*

General Counsel: Jay W. Waks
*Kaye Scholer LLP*

Treasurer: Robert M. Kaufman
*Proskauer Rose LLP*

Secretary: Brande Stellings
*Catalyst Inc.*

Executive Committee At Large:
Elizabeth J. Cabraser
*Lieff Cabraser Heimann & Bernstein, LLP*

Executive Committee At Large:
Loria B. Yeadon
*Yeadon IP LLC*

Dede Thompson Bartlett
*Corporate Alliance to End Partner Violence*

Sabine Chalmers
*Anheuser-Busch InBev*

Ethan Cohen-Cole, PhD, MPA, MA
*Econ One Research Inc.*

Alexis S. Coll-Very
*Simpson Thacher & Bartlett LLP*

Kim Gandy
*National Network to End Domestic Violence (NNEDV)*

Patricia K. Gillette
*Orrick, Herrington & Sutcliffe LLP*

Jennifer Choe Groves
*Titanium Law Group LLC*

Matthew S. Kahn
*Gibson, Dunn & Crutcher LLP*

Amy Dorn Kopelan
*Bedlam Productions, Inc.*

Lori B. Leskin
*Kaye Scholer LLP*

Susan B. Lindenauer
*The Legal Aid Society (retired)*

Carol A. Baldwin Moody
*CAB Moody LLC*

Stephanie A. Sheridan
*Sedgwick LLP*

Karen E. Silverman
*Latham & Watkins LLP*

Eileen Simon
*MasterCard*

Emily Ward
*PayPal, Inc.*

HONORARY DIRECTORS

Muriel Fox, *Chair*

Barbara M. Cox

Etta Froio
*Women's Wear Daily (retired)*

Stephanie George
*Fairchild Fashion Media Inc.*

Ralph L. Knowles, Jr.
*Doffermyre Shields Canfield & Knowles LLC*

Michele Coleman Mayes
*New York Public Library*

Lisa Specht
*Manatt, Phelps & Phillips, LLP*

*Organizational affiliations for purposes of identification only.

November 18, 2015

**Via Email and Registered Mail**

Ms. Sharron Sellick
205 E. 95th Street, #18-D
New York, NY 10128

Re:  Sellick v. Consolidated Edison Co. of New York, et al.

Dear Sharron:

We received word that co-counsel, Cuti, Hecker and Wang ("CHW"), is planning on filing a federal court action on your behalf. Indeed, we sent a copy of your original EEOC filing to the firm yesterday to assist with those efforts.

Pursuant to paragraphs 3 and 4 of the Retainer Agreement (attached hereto), executed on July 18, 2007, Legal Momentum was to represent you through the investigative process conducted by the Equal Employment Opportunity Commission (EEOC). We agreed, however, to continue to represent you through the mediation process which took place on and off throughout 2015. That process was not successful, as Con Ed did not offer you a settlement that you found acceptable.

Consistent with paragraphs 3 and 4 of the Retainer Agreement, Legal Momentum will not be involved in your trial or subsequent legal actions. This is in keeping with your wishes, which you expressed to Legal Momentum's former Staff Attorney Jelena Kolic this past spring. You informed Ms. Kolic that you wanted to be represented solely by CHW if your case did not settle, and went to trial. I also discussed this matter with you personally by telephone this summer.

We wish to remind you that pursuant to paragraphs 7 and 8 of the Retainer Agreement, Legal Momentum is legally entitled to collect attorney's fees in the event that your case settles or is successful at trial. Please make sure that you and CHW keep us informed about the progress of your court proceedings.



Good luck with the trial.

Sincerely yours,

Penny M. Venetis
Executive Vice President and Legal Director

Enclosure