UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| SHARRON SELLICK, | ECF CASE |
| Plaintiff, | Civil Action No.: 15-cv-9082 |
| - against - | |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

-------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sharron Sellick and Defendant Consolidated Edison Company of New York, Inc., in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action be dismissed in its entirety with prejudice, with no award of counsel fees or costs by the Court to any party.

SO STIPULATED:

Dated: New York, New York
July 7, 2017

CUTI HECKER WANG LLP

*/s/ Mariann Wang*

Mariann Wang, Esq.
305 Broadway, Suite 607
New York, New York 10007
(212) 620-2603
mwang@chwllp.com

*Attorneys for Plaintiff*

Dated: New York, New York
July 6, 2017

SEYFARTH SHAW LLP

*/s/ Lorie E. Almon* /SKR

Lorie E. Almon, Esq.
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5629
lalmon@seyfarth.com

*Attorneys for Defendant*

SO ORDERED:

_____
Richard J. Sullivan
United States District Judge